**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 23, 2018.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-18-00642-CV

**DEBORAH MOHAMED, Appellant**

**V.**

**SHAFFIN ALI MOHAMED, Appellee**

**On Appeal from the 247th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2003-39225**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 28, 2018. On October 5, 2018, appellant and appellee filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Donovan, Wise, and Jewell.